IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-31112
Summary Calendar
_____


DELLA MAE BORDELON,

                                        Plaintiff-Appellant,

versus

NORTHWESTERN NATIONAL LIFE INSURANCE COMPANY,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 94-CV-1985
- - - - - - - - - -
June 12, 1996
Before KING, JONES and DeMOSS, Circuit Judges.

PER CURIAM:[*]

     Della Mae Bordelon appeals the district court's ruling

dismissing her case, following briefing by the parties upon a

stipulation of facts, in her action to recover insurance benefits

under an employee insurance plan governed by the Employee

Retirement Income Security Act, 29 U.S.C. §§ 1001, et seq.  We

have reviewed the record and find no error in the district

court's conclusion that Northwestern National Life Insurance Co.

---

     [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

did not abuse its discretion in denying authorization for Bordelon's surgery.  We affirm for essentially the reasons stated in the district court's ruling.  <u>Bordelon v. Northwestern Nat'l Life Ins. Co.</u>, No. 94-CV-1985 (W.D. La. Sept. 27, 1995).

AFFIRMED.